

**HUMAN RESOURCES**
humanresources@cbsd.org
www.cbsd.org

**MEMORANDUM**

**To:**       Dr. Steven Yanni, Superintendent
              Dr. Nadine Garvin, Assistant Superintendent for Elementary Education
              Alyssa Wright, Director of Pupil Services
              David Heineman, Principal for Jamison Elementary School
              Theresa Everett, Human Resources Manager
              Christine Trawinski, Human Resources Manager
              Cara Alderfer, CBEA President
              Deneen Dry, CBESPA President

**From:**     Robert Freiling, Director of Human Resources

**Date:**     December 12, 2024

**Re:**       Jamison Fact Finding Summary & Recommended Action

**Introductory Summary**

On the evening of Thursday, November 14, 2024 a report of concern was made by Alyssa Kline, Personal Care Assistant at Jamison Elementary school, to Deneen Dry, CBESA President. These concerns were regarding the treatment of Special Education students by Gabby McDaniels (Teacher) and Rachel Ausspring (Educational Assistant). Ms. Dry subsequently contacted Alyssa Wright, Director of Pupil Services, to report this concern. Ms. Wright subsequently instructed Ms. Dry to contact the Human Resources Department and communicate the report of concern. Ms. Dry subsequently contacted Christine Trawinski, Human Resources Manager. Ms. Dry and Ms. Trawinski discussed the concerns and scheduled a meeting for the following day (November 15, 2024).

On November 15, 2024 a meeting was held with Ms. Dry, Ms. Trawinski, and Ms. Kline at the Human Resources Office. A summary of the concerns reported during this meeting were then reported to Robert Freiling, Director of Human Resources. Subsequently, a fact-finding endeavor was immediately launched beginning on November 15, 2024 and concluding on November 22, 2024. In-person fact-finding interviews were held on November 15, 2024, November 18, 2024, and November 21, 2024.

During each of these interviews, participants were provided an opportunity to speak with Mr. Freiling and Ms. Trawinski without their Supervisor present and with the presence of Union representation, if requested. Third-party specialists were provided an opportunity to meet with Mr. Freiling and Ms. Trawinski without their Supervisor present and with the presence of their manager since they are not represented by any collective bargaining agreement, if requested.



**HUMAN RESOURCES**
humanresources@cbsd.org
www.cbsd.org

Outlined in this document is a summary of the validated concerns and recommendations for action. Validated concerns listed are those reported during fact-finding by two (2) or more people.

**Validated Concerns**

1. **Reports Related to Special Education Response to Student Behavioral Issues**:
   - **Nudity and Self-Stimulation**: Multiple reports indicate that one student was undressed and engaging in self-stimulatory behavior in the classroom and bathroom, reportedly as part of a "wait-it-out" strategy.
   - **Water Restriction**: Multiple reports indicate a student was restricted from accessing water, reportedly to manage student issues with urination.
   - **Use of Restraints**: Multiple reports indicate the Educational Assistant was observed restraining students by placing a student in their workstation then maneuvering other tables or stations in a manner to limit the student from eloping or violently pushing the tables into other students or staff. Multiple reports indicate that on occasion the Educational Assistant was observed sitting on top of the table or placing their feet upon the legs of the table to achieve this restraint.

2. **Reports Related to Unprofessional Staff Conduct and Behavior Issues**:
   - **Aggressive and Unprofessional Conduct**: Multiple reports indicate the Teacher and Educational Assistant were loudly speaking to or yelling at students.
   - **Inappropriate Comments and Actions**: Multiple reports indicate the Teacher and Educational Assistant were reported to make inappropriate comments and mock students.
   - **Use of Cell Phone**: Multiple reports indicate the Education Assistant was on their personal cell phone during instruction with students.

3. **Reports About Leadership and Supervision**:
   - **Favoritism and Unprofessional Relationships**: Multiple reports indicated concerns of a close relationship between the Teacher and Principal and of the Principal showing favoritism.



**HUMAN RESOURCES**
humanresources@cbsd.org
www.cbsd.org

- **Lack of Proper Reporting and Action**: Multiple reports expressed concerns about apprehension in reporting issues to the Principal, stating fear that their concerns would not be addressed.

4. **Reports About General Environment**:
    - **Toxic Atmosphere**: Multiple reports indicate the classroom environment was toxic, with a "Mean Girls" dynamic.
    - **Inconsistent and Unethical Practices**: There were reports of inconsistent and unethical practices in handling student behavior and implementing interventions.

**Other Concerns**

1. **Misapplication of Clinical Strategies**: Reports from the BCBA indicate the Teacher and Educational Assistant were observed utilizing strategies conducive to a clinical setting, not an educational setting. Moreover, the BCBA reported the Teacher is actively studying and under their direct supervision as part of the Teacher's pursuit of their BCBA. According to the BCBA Supervisor, the BCBA Supervisor is exploring ending their responsibility and relationship as the Teacher's supervisor or the BCBA Supervisor is likely to not recommend the Teacher for program or study completion. Alternatively, the Teacher has reported no awareness of deficiencies in these studies or program, the Supervisor's concerns, or any other indication the Teacher will not successfully complete BCBA studies and obtain required supervisory approval.

**CENTRAL BUCKS**
SCHOOL DISTRICT

**HUMAN RESOURCES**
humanresources@cbsd.org
www.cbsd.org

## Recommended Action

1. **Increase Observation and Strategy Application (Immediate):**
   - Execute immediately and continue as necessary increased observation in all Special Education classrooms at Jamison. These observations are to be performed and documented by the Principal, Assistant Principal, and Special Education Supervisor with summary reports timely provided to the Director of Pupil Services and Assistant Superintendent for Elementary Education. Observations must include gathering feedback from Teachers, BCBAs, Related Services (Speech, Therapy, etc.), Educational Assistants, and Personal Care Assistants assigned to Special Education classrooms at Jamison.

2. **Implement and Maintain Communication and Information Sharing Structure (Immediate):**
   - Implement immediately and continue as necessary regular and documented opportunities for group communication among Teacher, BCBA, Special Education Supervisor, and Specialists (Speech, Therapy, etc.). Such opportunities need to be explicitly communicated by leadership as a forum for group information sharing among regarding Special Education students. Matters concerning student behavior, professional observations, specialist interactions, applied interventions, ethical compliance, and other information must be shared and documented in a log at regular and timely intervals. Logs must be made available as requested by the Director of Pupil Services, Director of Human Resources, and Assistant Superintendent for Elementary Education.

3. **Investigate BCBA Supervisory Discrepancy (January 17, 2025):**
   - The Director of Pupil services must investigate and determine whether it is appropriate or necessary for the District to intervene in matters concerning deficiencies in the Teacher's BCBA pursuit and the concerns communicated by the BCBA Supervisor. By January 17, 2025 a determination as to whether District intervention is necessary and if so, with specific action steps to be taken, provided in writing to the Assistant Superintendent for Elementary Education and the Director of Human Resources.



**HUMAN RESOURCES**
humanresources@cbsd.org
www.cbsd.org

4. **Mandatory Reporting Training (February 01, 2025)**:

    - By February 01, 2025 all Educational Assistants, Specialists, Personal Care Assistants, and non-teacher professionals supervising Special Education students at Jamison must complete and validate training provided from the Director of Pupil Services or their designee regarding mandatory reporting obligations and responsibilities to be compliant with the Child Protective Services Law (CPSL). Training must specifically address compliance obligations and procedures for communication in the nuanced context of Special Education classroom settings. Completed training validations are to be submitted to the Director of Pupil Services, Director of Human Resources, and Assistant Superintendent for Elementary Education.

5. **Address Supervisory, Environmental, and Atmospheric Concerns (December 20, 2024 and February 01, 2025)**:

    - By December 20, 2024, documented communication must be provided to the Teacher (Gabby McDaniel) and Educational Assistant (Rachel Aussprung) detailing areas of concern regarding their responses to student behavioral issues and conduct. Such communication must explicitly address the validated concerns entailed herein and a copy of the communication must be sent to the Director of Human Resources for inclusion in their personnel file.

    - By February 01, 2025, communication to all Jamison staff must be developed and implemented regarding established avenues for reporting issues or concerns within the school. Creating proper defined channels for communication will significantly enhance the working environment and foster a culture of trust, collaboration, and accountability. A copy of the communication should be submitted to the Assistant Superintendent for Elementary Education and the Director of Human Resources.