| | |
|---|---|
| **From:** | Peter Amuso |
| **To:** | akarpf@karpf-law.com |
| **Cc:** | Edward Diasio; Leslie Deleon |
| **Subject:** | Draft Statement of Charges against your client Alyssa Wright |
| **Date:** | Wednesday, June 11, 2025 11:39:13 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | Wright Redacted Statement of Charges with Supporting Documents 4898-8127-8029.pdf |

Counsel,

I attached a draft Statement of Charges against your client Alyssa Wright that the Board of School Directors of the Central Bucks School District is considering adding to their June 18th agenda. No final decision has been made, and the Board will consider whatever your client has to say at her Loudermill hearing.

That Loudermill hearing will be held virtually at 11am this Friday, June 13th. In attendance for the District will be myself and Cathy Rossi, the interim HR Director. A Teams invite will follow.

All documents on which the Board is considering the termination of your client are attached as redacted Exhibits.

In response to your May 27, 2025, letter, the Board rejects both your proposed Resolution #1 and Resolution #2.

Sincerely,
Peter Amuso



**Peter C. Amuso, Esquire**
**Clarke Gallagher Barbiero Amuso & Glassman Law**

P: 215.633.1890
F: 215.633.1830



cgbaglaw.com | pamuso@cgbaglaw.com

**See Our Locations**

THIS ELECTRONIC COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL. IMPORTANT NOTICE TO EMAIL RECIPIENTS: DO NOT read, copy, or disseminate this communication unless you are the intended recipient. Anyone who receives this email by error should treat it as confidential and is asked to delete the message, and immediately call Clarke Gallagher Barbiero Amuso & Glassman Law at 215.633.1890 or reply by email: pamuso@cgbaglaw.com or by fax 215.633.1830. This email transmission may not be secure and may be illegally intercepted. Do not forward or disseminate this email to any third party. Unauthorized interception of this email is a violation of federal law. Any reliance on the information contained in this correspondence

by someone who has not entered into a fee agreement with Clarke Gallagher Barbiero Amuso & Glassman Law is taken at the reader's own risk.