

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW
8 Interplex Drive, Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
cburke@karpf-law.com

December 10, 2025

**SENT VIA ECF & VIA EMAIL**

The Honorable Nitza Quiñones Alejandro
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 4000
Philadelphia, PA 19106
Chambers_of_Judge_Quinones@paed.uscourts.gov

> **Re:**    *Alyssa Wright v. Central Bucks School District et. al.*
> **Case No.: 2:25-cv-05392**

Dear Judge Quiñones Alejandro:

I represent Plaintiff in the above-referenced matter. I write to respectfully seek a brief two (2) week extension of time to respond to Defendants' recently filed Motion to Dismiss (Dkt. No.: 20). The undersigned is currently attached for depositions and mediations nearly every day before this Response is due. Thus, Counsel respectfully seeks additional time to prepare a Response (particularly given the upcoming holidays, as this response is currently due 12/24). The undersigned has conferred with Counsel for the Defense, and they have no objection to this request.

If Your Honor has any questions or concerns related to this letter, please do not hesitate to contact me.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s Christine E. Burke*

Christine E. Burke, Esq.

cc: All Counsel of Record (via ECF and via email)