# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALYSSA WRIGHT,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | **NO. 25-5392** |
| **v.** | : | |
| | : | |
| **CENTRAL BUCKS SCHOOL** | : | |
| **DISTRICT,** *et al.*, | : | |
| *Defendants*. | : | |

# ORDER

**AND NOW**, this 5th day of January 2026, upon consideration of Defendant Central Bucks School District, Rob Dugger, Dana Foley, Susan Gibson, Rick Haring, Daniel Kimicata, Heather Reynolds, Karen Smith, and Jenine Zdanowicz's, (collectively, "Defendants"), *motion to dismiss plaintiff's complaint*, (ECF 18), and Plaintiff Alyssa Wright's filed amended complaint, (ECF 19), it is hereby **ORDERED** that Defendants' motion to dismiss the initial complaint is **DENIED**, as moot[1].

                                              **BY THE COURT:**

                                              /s/ *Nitza I. Quiñones Alejandro*
                                              **NITZA I. QUIÑONES ALEJANDRO**
                                              *Judge, United States District Court*

---

[1] This Order does not reflect an opinion as to the sufficiency of the amended complaint.